IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 21-cv-03166-LTB

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

       Plaintiff,

v.

ALAN L. SCHOOLEY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to Restrict Public Access (Doc 4 - filed November 24, 2021) is **GRANTED**. Doc 5, filed November 24, 2021 is RESTRICTED at Level 1 until further order of this Court.


Dated:   November 29, 2021
_____